UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

BENJAMIN NATHANSON, Derivatively On Behalf of CITIGROUP, INC.,

   Plaintiff,

vs.

CHARLES PRINCE, ROBERT E. RUBIN, WINFRIED BISCHOFF, ROBERT DRUSKIN, WILLIAM R. RHODES, SALLIE L. KRAWCHECK, DAVID C. BUSHNELL, STEVEN J. FREIBERG, JOHN C. GERSPACH, MICHAEL S. HELFER, MICHAEL KLEIN, STEPHEN R. VOLK, LEWIS B. KADEN, GARY CRITTENDEN, RICHARD D. PARSONS, FRANKLIN A. THOMAS, KENNETH T. DERR, C. MICHAEL ARMSTRONG, JOHN M. DEUTCH, ALAIN J.P. BELDA, ROBERTO HERNANDEZ RAMIREZ, GEORGE DAVID, ANNE M. MULCAHY, JUDITH RODIN, ANDREW N. LIVERIS, ROBERT L. RYAN, THOMAS G. MAHERAS, ANN DIBBLE JORDAN, DUDLEY C. MECUM, KLAUS KLEINFELD,

   Defendants,

   -and-

CITIGROUP, INC., a Delaware corporation,

   Nominal Defendant.

Case No. 07 CV 10333

RULE 7.1 STATEMENT



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Benjamin Nathanson, Derivatively on Behalf of Citigroup, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

No corporate parent
No publicly held affiliates or subsidiaries

Date: November 14, 2007

_____
Signature of Attorney

Attorney Bar Code: TGA-1515