UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN NATHANSON, derivatively on behalf of
CITIGROUP, INC.,

Plaintiff,

v.

CHARLES PRINCE, *et al.*,

Defendants,

Electronically filed

No. 07 Civ. 10333 (JSR) (MHD)

ECF Case

**NOTICE OF APPEARANCE**

       The undersigned counsel enters his appearance in the above-captioned matter on behalf of Citigroup Inc., C. Michael Armstrong, Alain J.P. Belda, George David, Kenneth T. Derr, John M. Deutch, Roberto Hernandez Ramirez, Ann Dibble Jordan, Klaus Kleinfeld, Andrew N. Liveris, Dudley C. Mecum, Anne Mulcahy, Richard D. Parsons, Judith Rodin, Robert E. Rubin, Robert L. Ryan and Franklin A. Thomas, and certifies that he is admitted to practice in this Court.

Dated:    December 31, 2007              WACHTELL, LIPTON, ROSEN & KATZ

                                    By:    _____s/  Lawrence B. Pedowitz_____
                                           Lawrence B. Pedowitz  (LP 9718)

                                           51 West 52nd Street
                                           New York, New York  10019-6150
                                           Telephone:  (212) 403-1000
                                           Facsimile:  (212) 403-2000
                                           E-mail:  LBPedowitz@wlrk.com

                                           *Attorneys for Citigroup Inc., C. Michael Armstrong,
                                           Alain J.P. Belda, George David, Kenneth T. Derr,
                                           John M. Deutch, Roberto Hernandez Ramirez, Ann
                                           Dibble Jordan, Klaus Kleinfeld, Andrew N. Liveris,
                                           Dudley C. Mecum, Anne Mulcahy, Richard D.
                                           Parsons, Judith Rodin, Robert E. Rubin, Robert L.
                                           Ryan and Franklin A. Thomas*