UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN NATHANSON, derivatively on behalf of
CITIGROUP, INC.,

Plaintiff,

v.

CHARLES PRINCE, *et al.*,

Defendants.

Electronically filed

No. 07 Civ. 10333 (JSR) (MHD)

ECF Case

## RULE 7.1 (a) DISCLOSURE STATEMENT OF
## DEFENDANT CITIGROUP INC.

Citigroup Inc. is a publicly traded corporation.  It has no parent corporation, and

no publicly held corporation owns 10% or more of its stock.

Dated:   December 31, 2007

WACHTELL, LIPTON, ROSEN & KATZ

By: _Lawrence B. Pedowitz_ /BLW_

Lawrence B. Pedowitz  (LP 9718)
George T. Conway III  (GC 3181)
Jonathan M. Moses  (JM 9049)
John F. Lynch  (JL 6661)
51 West 52nd Street
New York, New York  10019-6150
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000

-2-

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: *Brad S. Karp* BSK

    Brad S. Karp  (BK 3702)
    Richard A Rosen  (RR 5132)
    Lewis R. Clayton  (LC 7207)
    1285 Avenue of the Americas
    New York, New York  10019-6064
    Telephone:  (212) 373-3000
    Facsimile:  (212) 492-3990

*Attorneys for Citigroup Inc.*