UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN NATHANSON, derivatively on behalf of CITIGROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES PRINCE, *et al.*,<br><br>Defendants. | Electronically filed<br><br>No. 07 Civ. 10333 (SHS)<br><br>ECF Case |

## NOTICE OF APPEARANCE

The undersigned counsel enters his appearance in the above-captioned matter on behalf of Winfried Bischoff, and certifies that he is admitted to practice in this Court.

Dated:   January 4, 2008          WACHTELL, LIPTON, ROSEN & KATZ

By:   s/ John F. Lynch
John F. Lynch  (JL 6661)

51 West 52nd Street
New York, New York  10019-6150
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000
E-mail:  JLynch@wlrk.com

*Attorneys for Citigroup Inc., C. Michael Armstrong, Alain J.P. Belda, Winfried Bischoff, George David, Kenneth T. Derr, John M. Deutch, Roberto Hernandez Ramirez, Ann Dibble Jordan, Klaus Kleinfeld, Andrew N. Liveris, Dudley C. Mecum, Anne Mulcahy, Richard D. Parsons, Judith Rodin, Robert E. Rubin, Robert L. Ryan and Franklin A. Thomas*