**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHER DISTRICT OF NEW YORK**

| | |
|---|---|
| JEFFREY HARRIS, derivatively on behalf of Citigroup Inc.,<br>v.<br>CHARLES O. PRINCE, ET AL.,<br>Defendants. | 1:07-cv-09841-SHS |
| GARY CINOTTO, derivatively on behalf of Citigroup Inc.,<br>v.<br>CHARLES O. PRINCE, ET AL.,<br>Defendants. | 1:07-cv-09900-SHS |
| BENJAMIN NATHANSON, derivatively on behalf of Citigroup Inc.,<br>v.<br>CHARLES O. PRINCE, ET AL.,<br>Defendants. | 1:07-cv-10333-SHS |
| SAM COHEN, derivatively on behalf of Citigroup Inc.,<br>v.<br>CITIGROUP INC., ET AL.,<br>Defendants. | 1:07-cv-10344-SHS |
| WALTER E. RYAN, JR., derivatively on behalf of Citigroup Inc.,<br>v.<br>CHARLES O. PRINCE, ET AL.,<br>Defendants. | 1:07-cv-11581-UA |

**NOTICE OF MOTION AND MOTION TO CONSOLIDATE RELATED
SHAREHOLDER DERIVATIVE ACTIONS AND APPOINT A
<u>LEADERSHIP STRUCTURE FOR DERIVATIVE PLAINTIFFS</u>**

PLEASE TAKE NOTICE that Plaintiff Walter E. Ryan ("Movant"), by his counsel, will hereby move this Court on a date and such time as may be designated by the Court, at 500 Pear Street, New York, NY 10007-1312, for an Order (filed herewith): (i) consolidating the above-captioned related action for all purposes pursuant to Fed. R. Civ. P. 42(a); and (ii) appointing the law firm of Krislov & Associates, Ltd. as lead counsel and Faruqi & Faruqi, LLP as liaison counsel for Plaintiffs. In support of this Motion, Movant submits herewith the following: (i) Memorandum of Law in Support of Motion

to Consolidate Related Shareholder Derivative Action and Appoint a Leadership Structure for Derivative Plaintiffs; (i) Declaration in support thereof; and (iii) [Proposed] Order.

Dated: January 17, 2008　　　　　　　　FARUQI & FARUQI LLP

　　　　　　　　　　　　　　　　　　　s/Christopher Marlborough
　　　　　　　　　　　　　　　　　　　　　Christopher Marlborough (CM-6107)
　　　　　　　　　　　　　　　　　　　David Leventhal (DL-7673)
　　　　　　　　　　　　　　　　　　　Beth A. Keller (BK-9421)
　　　　　　　　　　　　　　　　　　　369 Lexington Avenue, 10th Floor
　　　　　　　　　　　　　　　　　　　New York, New York 10017
　　　　　　　　　　　　　　　　　　　Tel: 212-983-9330
　　　　　　　　　　　　　　　　　　　Fax: 212-983-9331

　　　　　　　　　　　　　　　　　　　Clinton A. Krislov
　　　　　　　　　　　　　　　　　　　Jeffrey M. Salas
　　　　　　　　　　　　　　　　　　　KRISLOV & ASSOCIATES, LTD.
　　　　　　　　　　　　　　　　　　　20 North Wacker Drive, Suite 1350
　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　Tel: 312-606-0500
　　　　　　　　　　　　　　　　　　　Fax: 312-606-0207

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Walter E. Ryan*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice Lists, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice Lists.

                                                    s/Christopher Marlborough

# Mailing Information for a Case 1:07-cv-09841-SHS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Thomas G. Amon**
  tamon@amonlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 1:07-cv-09900-SHS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Thomas G. Amon**
  tamon@amonlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 1:07-cv-10333-SHS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Thomas G. Amon**
  tamon@amonlaw.com

- **George T Conway , III**
  GTConway@wlrk.com

- **John F. Lynch**
  jflynch@wlrk.com

- **Jonathan M. Moses**
  JMMoses@wlrk.com

- **Lawrence B. Pedowitz**
  lbpedowitz@wlrk.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 1:07-cv-10344-SHS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **David A.P. Brower**
  brower@browerpiven.com

- **George T Conway , III**
  GTConway@wlrk.com

- **John F. Lynch**
  jflynch@wlrk.com

- **Jonathan M. Moses**
  JMMoses@wlrk.com

- **Lawrence B. Pedowitz**
  lbpedowitz@wlrk.com

- **Elizabeth Ann Schmid**
  schmid@browerpiven.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 1:07-cv-11581-UA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Christopher Marlborough**
  cmarlborough@faruqilaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`