UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

| | |
|---|---|
| BENJAMIN NATHANSON, Derivatively On Behalf of CITIGROUP, INC., | : Case No. 07-CV-10333 (SHS) |
| Plaintiff, | : NOTICE OF CHANGE OF ADDRESS |
| vs. | |
| CHARLES PRINCE, ROBERT E. RUBIN, WINFRIED BISCHOFF, ROBERT DRUSKIN, WILLIAM R. RHODES, SALLIE L. KRAWCHECK, DAVID C. BUSHNELL, STEVEN J. FREIBERG, JOHN C. GERSPACH, MICHAEL S. HELFER, MICHAEL KLEIN, STEPHEN R. VOLK, LEWIS B. KADEN, GARY CRITTENDEN, RICHARD D. PARSONS, FRANKLIN A. THOMAS, KENNETH T. DERR, C. MICHAEL ARMSTRONG, JOHN M. DEUTCH, ALAIN J.P. BELDA, ROBERTO HERNANDEZ RAMIREZ, GEORGE DAVID, ANNE M. MULCAHY, JUDITH RODIN, ANDREW N. LIVERIS, ROBERT L. RYAN, THOMAS G. MAHERAS, ANN DIBBLE JORDAN, DUDLEY C. MECUM, KLAUS KLEINFELD, | |
| Defendants, | |
| -and- | |
| CITIGROUP, INC., a Delaware corporation, | |
| Nominal Defendant. | |

PLEASE TAKE NOTICE that effective December 21, 2007 the Law Offices of Thomas G. Amon, counsel for Plaintiff Benjamin Nathanson, has moved its offices to:

> Law Offices of Thomas G. Amon
> 250 West 57th Street
> Suite 1316
> New York, NY 10107

DATED: January 28, 2008                By: /s/ Thomas G. Amon
New York, New York                     Thomas G. Amon (TGA-1515)

                                          LAW OFFICES OF THOMAS G. AMON
                                          250 West 57th Street, Suite 1316
                                          New York, NY 10107
                                          Tel: (212) 810-2430

                                          *Attorneys for Plaintiff Benjamin Nathanson*

Of Counsel: Harry H. Wise, Esq.