UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN NATHANSON, Derivatively On Behalf of CITIGROUP, INC., <br><br>  Plaintiff, <br><br> vs. <br><br> CHARLES PRINCE, et al., <br><br>  Defendants, <br><br> -and- <br><br> CITIGROUP, INC., a Delaware corporation, <br><br>  Nominal Defendant. | ) No. 07 Civ. 10333 (SHS) <br> ) <br> ) ECF Case <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEARANCE**

The undersigned counsel enters his appearance in the above-captioned matter on behalf of Benjamin Nathanson, and certifies that he is admitted to practice in this Court.

DATED: February 6, 2008

Respectfully submitted,

LANDSKRONER GRIECO MADDEN, LTD.

s/Paul Grieco

Paul Grieco (PG 9625)
1360 West 9th Street, Suite 200
Cleveland, OH 44113
Telephone: (216) 522-9000
Facsimile: (216) 522-9007
paul@lgmlegal.com

*Attorney for Plaintiff Benjamin Nathanson*